LAZZARO LAW FIRM, P.C.
Roger B. Greenberg, Esq. (RG-9273)
360 Court Street, Suite 3
Brooklyn, New York 11231
(718) 488-1900
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed Cheikh Amme, on behalf of himself and others similarly situated in the proposed FLSA Collective Action, Plaintiff,<br><br>-against-<br><br>Ahmed Alsayedi, Ali F. Hafeed, Nashwan Fittahey, 301 Wyckoff Realty LLC, 66 Mini Market Corp., Wyckoff Organic Mini Market I Corp., and Wyckoff Organic Mini Market Inc., Defendants | Civil Action No. 24-cv-04684<br><br>**ECF CASE**<br>**MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE THAT,** I Roger Greenberg, Esq., an associate of the Lazzaro Law Firm PC, hereby move to withdraw as counsel for Defendants Ahmed Alsayedi, Ali F. Hafeed, Nashwan Fittahey, 301 Wyckoff Realty LLC, 66 Mini Market Corp., Wyckoff Organic Mini Market I Corp., and Wyckoff Organic Mini Market Inc., for the following reasons:

1. On April 23, 2025, the Defendants terminated my legal representation, for all parties. We have had tremendous difficulties agreeing on litigation strategy. Additionally, the Defendants have been unresponsive to my multiple requests to abide by the Court's discovery requirements.

2. Defendant Ahmed Alsayedi indicated that they will be hiring replacement counsel and that I have no authority to represent the Defendants in any manner in this Civil Action No. 24-cv-04684.

3. Considering Defendants terminated my legal representation, and the clear statement that I have no authority to represent the Defendants in any manner in this Civil Action No. 24-

cv-04684, counsel respectfully requests permission to withdraw further representation of

Defendants Ahmed Alsayedi, Ali F. Hafeed, Nashwan Fittahey, 301 Wyckoff Realty LLC,

66 Mini Market Corp., Wyckoff Organic Mini Market I Corp., and Wyckoff Organic Mini

Market Inc.


Dated: Brooklyn, New York
April 23, 2025

LAZZARO LAW FIRM, P.C.
Attorneys for Defendant(s)


By: _____
      Roger B. Greenberg, Esq.
      RG-9273
      360 Court Street, Suite 3
      Brooklyn, NY 11231
      (718) 488-1900
      Email: lazzgreglaw@aol.com