Law Offices of
# Joseph A. Altman, P.C.

654 North Terrace Avenue        Phone: (718) DA8-0422
Fleetwood, New York 10552        Fax: (718) 378-4898        E-mail: AltmanEsq@aol.com
*Service of papers will not be accepted via fax and/or e-mail.*

**FREDERICK P. ALTMAN (1928-1997)**
**JOSEPH A. ALTMAN***

*MEMBER NEW YORK, NEW JERSEY & FLORIDA BAR

August 22, 2025

Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
Via ECF

Re:    Cheikh Amme v. Alsayedi et al
       Case No.: 1-24-cv-04684-LKE

Dear Magistrate Eshkenazi:

In furtherance of the Court's instructions, I sent the Settlement Documents, as signed by the Defendants, to the Plaintiffs' attorneys, and also advised said attorney that the Plaintiff Odeh, did not sign the Stipulation. I have not heard from the Plaintiff's attorney re same. Kindly advise if anything else is needed.

Respectfully submitted,

Joseph A. Altman P.C.

*(signature)*

BY:   Joseph A. Altman, Esq.

Cc:   Jason Mizrahi, Esq.
      Levin-Epstein & Associates P.C.

*C:\Users\Robin\Documents\1-ALTMAN LAW\A\Alsayedi, Ahmed\eshkenazi, j 8-22-25.doc*